✧ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

      v.                          :        07 Mag. 1611

JERRIOTT JONES,                   :        **NOTICE OF INTENT TO**
                                                       **FILE AN INFORMATION**

         Defendant.              :

- - - - - - - - - - - - - - - X          **08 CRIM 284**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           March 4, 2008

                                 MICHAEL J. GARCIA
                                 United States Attorney

                By:   _____
                       MICHAEL D. MAIMIN
                       Assistant United States Attorney


                       AGREED AND CONSENTED TO:

                By:   _____
                       PEGGY CROSS, ESQ.
                       Attorney for Jerriott Jones

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DATE FILED: 3/20/08]

3/20/08 WHEEL A