UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                          :

JERRIOTT JONES,                   :

        Defendant.              :

- - - - - - - - - - - - - - - - x



## COUNT ONE

(Bank Robbery)

The United States Attorney charges:

1. On or about August 8, 2007, in the Southern District of New York, JERRIOTT JONES, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, JONES aided and abetted the robbery of approximately $2,520 from the Chase Bank located at 1180 Second Avenue in Manhattan in which a Chase Bank employee was presented with a note that demanded the employee to turn over money in the bank's custody.

(Title 18, United States Code, Sections 2113(a) and 2.)

<u>COUNT TWO</u>

(Bank Robbery)

The United States Attorney further charges:

4. On or about August 29, 2007, in the Southern District of New York, JERRIOTT JONES, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, JONES adided and abetted the attempted robbery of money from the Chase Bank located at 59 West 86th Street in Manhattan in which a Chase Bank employee was presented with a note that demanded the employee to turn over money in the bank's custody.

(Title 18, United States Code, Sections 2113(a) and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JERRIOTT JONES,

Defendant.

**INFORMATION**

08 Cr.

(18 U.S.C. §§ 2113(a) and 2)

MICHAEL J. GARCIA
United States Attorney.