UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 08 Cr. _____ |
| v. | : | **WAIVER OF INDICTMENT** |
| JERRIOTT JONES, | : | |
| Defendant. | | |

- - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2113(a) and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
JERRIOTT JONES
Defendant

_____
Witness

_____
PEGGY CROSS, ESQ.
Counsel for Defendant

Date:  New York, New York
       March 31, 2008

